**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND**

|  |  |
|---|---|
| CONSERVATION LAW FOUNDATION, INC. <br><br> Plaintiff, <br><br> v. <br><br> SIMS ARG, INC., SIMS GROUP USA CORPORATION, AND SIMS GROUP USA HOLDINGS CORPORATION <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) Case No. <br> ) <br> ) **COMPLAINT FOR DECLARATORY** <br> ) **AND INJUNCTIVE RELIEF AND CIVIL** <br> ) **PENALTIES** <br> ) <br> ) <br> ) <br> ) |

## INTRODUCTION

1.      Stormwater runoff from industrial facilities, including scrap metal yards, is a major source of toxic pollutants in urban areas. At these sites, rainwater flows over piles of scrap metal, carrying heavy metal pollution into rivers, streams, and groundwater, and operations at the facilities disperse metal dust that pollutes the air and waterways.

2.      To protect public health and the environment, EPA and state environmental agencies issue general permits requiring industrial facilities to implement stormwater pollution controls and keep heavy metal pollution out of discharges. Facilities that do not comply with their industrial stormwater permits expose communities to toxic runoff.

3.      This action is a citizen suit brought under Section 505 of the Federal Water Pollution Control Act ("Clean Water Act" or "CWA,"), 33 U.S.C. § 1365(a), to address Clean Water Act violations at two scrap metal facilities in Baltimore and Rockville, Maryland ("the Facilities").

4.      The Facilities are owned and operated by Sims ARG, Inc, Sims Group USA Corporation, Sims Group USA Holdings Corporation, and their agents, directors, and officers (collectively,

"Sims" or "Defendants").

5.      Sims is discharging pollutants including aluminum, chemical oxygen demand (COD), copper, iron, lead, total suspended solids (TSS), and zinc from the Facilities into receiving waters that include the Back River and Rock Creek, a tributary of the Potomac River.

6.      Sims' discharges from the Facilities are and have been subject to the 2023 and 2014 Maryland General Permits for Discharges from Stormwater Associated with Industrial Activity (the "2023 MSGP" and the "2014 MSGP," collectively, the "MSGPs").

7.      Sims has discharged and continues to discharge stormwater associated with its industrial activities into waters of the United States in violation of the MSGPs by: (1) failing to take required corrective actions; (2) failing to follow required procedures for minimizing pollutant discharges; (3) contributing to the receiving waters' failure to meet water quality standards and their impairments; and (4) failing to comply with monitoring and reporting requirements

8.      Conservation Law Foundation ("CLF") seeks declaratory judgment, injunctive relief, and other relief with respect to the Facilities' violations of the MSGPs, Section 301(a) of the Clean Water Act, 33 U.S.C. § 1311(a), and applicable regulations.

## JURISDICTION AND VENUE

9.      Plaintiff brings this civil suit under the citizen suit provision of Section 505 of the Clean Water Act, 33 U.S.C. § 1365.

10.     This Court has subject matter jurisdiction over the parties and this action pursuant to Section 505(a)(1) of the CWA, 33 U.S.C. § 1365(a)(1); 28 U.S.C. § 1331 (an action arising under the Constitution and laws of the United States); and 28 U.S.C. §§ 2201 and 2202 (declaratory judgment).

11.     On October 10, 2024, Plaintiff notified Sims and its agents of its intention to file suit for

violations of the Clean Water Act, in compliance with the statutory notice requirements of Section 505(b)(1)(A), 33 U.S.C. § 1365(b)(1)(A), and the regulations at 40 C.F.R. § 135.2.

12.     A true and accurate copy of Plaintiff's Notice Letter ("Notice Letter") is attached as Exhibit 1. The Notice Letter is incorporated by reference herein.

13.     Each Defendant and their registered agent received the Notice Letter.

14.     Plaintiff also sent copies of the Notice Letter to the Administrator of the United States Environmental Protection Agency ("EPA"), the Regional Administrator of EPA Region 3, the Department of Justice Citizen Suit Coordinator, and the Secretary of the Maryland Department of the Environment ("MDE").

15.     Each of the addressees identified in the preceding paragraph received the Notice Letter.

16.     A copy of each return receipt is attached as Exhibit 2.

17.     More than 60 days have elapsed since Plaintiff mailed its Notice Letter, during which time neither EPA nor the State of Maryland has commenced an action to redress the violations alleged in this Complaint. 33 U.S.C. § 1365(b)(1)(B).

18.     The Clean Water Act violations alleged in the Notice Letter are of a continuing nature, ongoing, or reasonably likely to re-occur.

19.     Venue is proper in the United States District Court for the District of Maryland pursuant to Section 505(c)(1) of the Clean Water Act, 33 U.S.C. § 1365(c)(1), because the sources of the violations are located within this judicial district.

## PARTIES

Plaintiff

20.     Plaintiff, Conservation Law Foundation ("CLF"), is a nonprofit, member-supported, regional environmental advocacy organization.

21.      CLF has 5,806 members in New England and other states, including Maryland.

22.    CLF's members use and enjoy the waters of Maryland, including the Back River, Rock Creek, and the Potomac River, for recreational and aesthetic purposes, including but not limited to boating, swimming, fishing, and observing wildlife.

23.    CLF's members include individuals who live and spend time near the Back River, Rock Creek, and the Potomac River.

Defendants

24.    Defendants have operated and continue to operate a scrap metal facility located at 4300 Pulaski Highway in Baltimore, Maryland 21224 (the "Baltimore Facility").

25.    Defendants have operated and continue to operate a scrap metal facility located at 15000 Southlawn Lane in Rockville, Maryland 20850 (the "Rockville Facility").

26.    Defendants are responsible for ensuring that the Facilities comply with the CWA.

27.    Defendants are all persons as defined by Section 502(5) of the CWA, 33 U.S.C. § 1362(5).

28.    Defendant Sims Group USA Corporation is incorporated under the laws of Delaware.

29.    Sims Group USA Corporation participates in and exercises control over the operations and activities of SMM New England Corporation.

30.    Employees of Sims Group USA Corporation actively participate in and/or exercise control over the operation of the Facilities.

31.    Sims Group USA Corporation exercises control over the environmental compliance of the Facilities, including their compliance with the Clean Water Act.

32.    Sims Group USA Corporation is liable for the CWA violations at the Facilities.

33.    Defendant Sims Group USA Holdings Corporation is incorporated under the laws of Delaware.

4

34.     Sims Group USA Holdings Corporation participates in and exercises control over the operations and activities of Sims ARG, Inc.

35.     Employees of Sims Group USA Holdings Corporation actively participate in and/or exercise control over the operation of the Facilities.

36.     Sims Group USA Holdings Corporation exercises control over the environmental compliance of the Facilities, including their compliance with the Clean Water Act.

37.     Sims Group USA Holdings Corporation is liable for the CWA violations at the Facilities.

38.     Defendant Sims ARG, Inc. is incorporated under the laws of Delaware.

39.     Sims ARG, Inc. is a wholly owned subsidiary of Sims Group USA Corporation and Sims Group USA Holdings Corporation.

40.     Defendants are subsidiaries of Sims Limited, a publicly traded company headquartered in Australia.

41.     Sims Group USA Corporation, Sims Group USA Holdings Corporation, and Sims ARG, Inc. own and/or operate the Facilities and have operated them since at least 2019.

## STATUTORY AND REGULATORY BACKGROUND

The Clean Water Act

42.     The objective of the Clean Water Act is "to restore and maintain the chemical, physical and biological integrity of the Nation's waters." 33 U.S.C. § 1251(a).

43.     The Clean Water Act prohibits the addition of any pollutant to navigable waters from any point source except as authorized by a National Pollutant Discharge Elimination System ("NPDES") permit applicable to that point source. 33 U.S.C. §§ 1311(a) and 1342.

44.     Under the Clean Water Act's implementing regulations, the "discharge of a pollutant" is defined as "[a]ny addition of any 'pollutant' or combination of pollutants to 'waters of the

United States' from any 'point source.'" 40 C.F.R. § 122.2; *see also* 33 U.S.C. § 1362(12).

45.     A "pollutant" is any "solid waste," "chemical wastes, biological materials," "wrecked or discarded equipment, rock, sand," and "industrial . . . waste" discharged into water. 33 U.S.C. § 1362(6).

46.      The Clean Water Act defines navigable waters as "the waters of the United States, including the territorial seas." 33 U.S.C. § 1362(7).

47.     "Waters of the United States" are defined by EPA regulations to include, *inter alia*, all tributaries to interstate waters. 40 C.F.R. § 120.2.

48.     "Point source" is defined broadly to include, "any discernible, confined and discrete conveyance, including but not limited to any pipe, ditch, channel, tunnel, [or] conduit . . . from which pollutants are or may be discharged." 33 U.S.C. § 1362(14).

49.     Section 402 of the CWA requires that NPDES permits be issued for stormwater discharges associated with industrial activities. 33 U.S.C. §§ 1342(a)(1), 1342(p)(2), 1342(p)(3)(A), 1342(p)(4), 1342(p)(6).

50.     The Clean Water Act authorizes citizen enforcement actions against any "person" who is alleged to be in violation of an "effluent standard or limitation . . . or an order issued by the Administrator or a State with respect to such a standard or limitation." 33 U.S.C. § 1365(a)(1).

51.     An "effluent limitation" is "any restriction established by a State or the Administrator on quantities, rates, and concentrations of chemical, physical, biological, and other constituents which are discharged from point sources into navigable waters, the waters of the contiguous zone, or the ocean, including schedules of compliance." *See id.* 1362(11).

52.     Such enforcement action under Section 505(a)(1) of the Clean Water Act includes an action seeking remedies for unauthorized discharges under Section 301 of the CWA, 33 U.S.C §

1311, as well as for violations of a permit condition under Section 505(f), 33 U.S.C. § 1365(f).

53.    Each separate violation of the Clean Water Act subjects the violator to a penalty of up to

the maximum amount allowed pursuant to Sections 309(d) and 505(a) of the CWA, 33 U.S.C. §§

1319(d), 1365(a). *See also* 40 C.F.R. §§ 19.1–19.4.

<u>The Multisector General Permits</u>

54.    The MSGPs regulate stormwater discharges from industrial facilities and are issued by

MDE pursuant to Sections 402(a) and 402(p) of the CWA. 33 U.S.C. §§ 1342(a), 1342(p).

55.    The 2023 MD MSGP took effect on February 1, 2023,[1] and the 2014 MSGP took effect

on January 1, 2014.[2]

56.    The 2014 MSGP expired on December 31, 2018 and was automatically administratively

continued until January 31, 2023.

57.    The MSGPs require that Sims comply at all times with the terms and conditions of the

MSGPs. 2023 MSGP at 47, 2014 MSGP at 30.

<u>Maryland's Surface Water Quality Regulations</u>

58.    The MSGPs require that Sims' discharge "must be controlled as necessary to meet

applicable water quality standards." 2023 MSGP at 20; 2014 MSGP at 16.

59.    Maryland's water quality standards require that the waters of the State may not be

polluted by substances attributable to sewage, industrial waste, or other waste that will settle to

form sludge deposits that: are unsightly, putrescent, or odorous, and create a nuisance, or

---

[1] M.D. Dept of the Env't, *General Permit for Discharges from Stormwater Associated with Industrial Activities Permit No. 20SW (NPDES No. MDR00)* (February 1, 2023), https://mde.maryland.gov/programs/permits/WaterManagementPermits/Documents/GDP%20Stormwater/20SW/20SW-Final-Permit.pdf.
[2]  M.D. Dept of the Env't, *General Permit for Discharges from Stormwater Associated with Industrial Activities Permit No. 12SW (NPDES No. MDR00)* (January 1, 2018), https://mde.maryland.gov/programs/permits/WaterManagementPermits/Documents/GDP%20Stormwater/Modification%20A%20%282018%29/12SW-Permit-w-ModA.pdf.

interfere directly or indirectly with designated uses. Md. Code Regs. 26.08.02.03.B(1).

60.    Maryland's water quality standards require that the waters of the State may not be polluted by any material, including floating debris, oil, grease, scum, sludge, and other floating materials attributable to sewage, industrial waste, or other waste in amounts sufficient to: be unsightly; produce taste or odor; change the existing color to produce objectionable color for aesthetic purposes; create a nuisance; or interfere directly or indirectly with designated uses. *Id*. at 26.08.02.03.B(2).

61.    Maryland's water quality standards require that the waters of the State may not be polluted by high temperature or corrosive substances attributable to sewage, industrial waste, or other waste in concentrations or combinations which interfere directly or indirectly with designated uses, or are harmful to human, animal, plant, or aquatic life. *Id*. at 26.08.02.03.B(3).

62.    Maryland's water quality standards require that the waters of the State may not be polluted by toxic substances attributable to sewage, industrial wastes, or other wastes in concentrations outside designated mixing zones, which interfere directly or indirectly with designated uses, or are harmful to human, plant, or aquatic life. *Id*. at 26.08.02.03.B(5).

## **FACTUAL BACKGROUND**

The Waterbodies Affected by the Facilities' Discharges

*Redhouse Creek and Back River*

63.    The Baltimore Facility discharges pollutants into Redhouse Creek, a tributary of the Back River.

64.    Redhouse Creek is designated by U.S. Geological Survey hydrologic unit code 020600030702, and the Back River is designated as State Waterbody ID MD-02130901.

65.    The Back River has been impaired for aquatic life and wildlife due to chloride, sulfate, total suspended solids, habitat alterations, and a lack of riparian buffer since at least 2016.

66.    The probable sources contributing to the impairment of the Back River include urban runoff and storm sewers.

67.    A Total Maximum Daily Load ("TMDL") for sediment and total suspended solids in the Back River has been in place since 2018.

68.    The Back River's tributaries, including Redhouse Creek, are designated as Use Class I (water contact recreation and protection of nontidal warmwater aquatic life) and Use Class IV (recreational trout waters).

69.    The Back River is designated as Use Class II (support of estuarine and marine aquatic life and shellfish harvesting).

70.    Redhouse Creek and the Back River are navigable waters within the meaning of the Clean Water Act.

*Rock Creek*

71.    The Rockville Facility discharges pollutants into Rock Creek at Assessment Unit ID MD-02140206.

72.    Rock Creek is impaired for aquatic life and wildlife due to phosphorus and TSS and for water contact sports due to enterococcus.

73.    Rock Creek has been listed as impaired since 2016.

74.    The sources of impairment for Rock Creek include urban runoff and storm sewers.

75.    TMDLs for Rock Creek include: a 2013 TMDL for nutrients and total phosphorus, a 2011 TMDL for sediment and total suspended solids, and a 2007 TMDL for fecal coliform.

76.    Rock Creek is designated as Use Class III (water contact recreation and the protection of nontidal cold water aquatic life).

77.    Rock Creek is a navigable water within the meaning of the Clean Water Act.

The Multi-Sector General Permit

78.     Sims has discharged and continues to discharge stormwater associated with industrial activities from the Facilities into waters of the United States.

79.     Sims' activities at the Facilities are classified as Sector N: Scrap Recycling and Waste Recycling Facilities. 2023 MSGP App. D at 26; 2014 MSGP App. A at 4.

80.     At the Facilities, Sims receives, processes, and distributes non-source separated, non-liquid recyclable wastes, including ferrous and nonferrous metals.

81.     Sims has been required to comply with the MSGP since at least October 10, 2019.

*Sims' Benchmarks Under the Multi-Sector General Permits*

82.     The MSGPs include sector-specific benchmarks for Sector N facilities. 2023 MSGP App. D at 29; 2014 MSGP App. D at 21.

83.     The sector-specific benchmarks in the MSGPs applicable to Sims are: 1.1 milligrams per liter (mg/L) for aluminum, 120 mg/L for chemical oxygen demand, and 100 mg/L for total suspended solids. *Id*.

84.     The sector-specific benchmarks for iron applicable to Sims are: 3.0 mg/L in the 2023 MSGP and 1.0 mg/L in the 2014 MSGP. *Id*.

85.     The Sector N benchmarks in the MSGP for copper, lead, and zinc depend on the salinity and the hardness of the receiving water. 2023 MSGP App. C; 2014 MSGP App. C.

86.     The Baltimore Facility discharges into water that has a hardness of 335 mg/L (as calcium carbonate).

87.     The hardness-dependent sector-specific benchmarks in the MSGPs applicable to the Baltimore Facility are: 0.0332 mg/L for copper, 0.262 mg/L for lead, and 0.26 mg/L for zinc. *Id*.

88.     The hardness-dependent sector-specific benchmarks in the MSGPs applicable to the Rockville Facility are: 0.0253 mg/L for copper, 0.182 mg/L for lead, and 0.2 mg/L for zinc. 2023

MSGP App. D; 2014 MSGP App. C.

*Sims' Stormwater Pollution Prevention Plan*

89.    The MSGPs require Sims to develop and maintain a Stormwater Pollution Prevention Plan ("SWPPP") for the Facilities pursuant to the requirements in the Permits. 2023 MSGP at 21-27; 2014 MSGP at 17-21.

90.    The MSGPs require Sims to amend its SWPPPs whenever there is a change that has a significant effect on the potential for the discharge of pollutants, if the SWPPP proves to be ineffective in controlling pollutants, and as required by the corrective action procedures. 2023 MSGP at 26; 2014 MSGP at 20.

*Sims' Required Corrective Actions, Control Measures Review, and Additional Implementation Measures Under the MSGPs*

91.    The MSGPs require Sims to take corrective actions when (1) an unauthorized discharge occurs, (2) a discharge violates a numeric effluent limit, (3) control measures are not stringent enough to meet applicable water quality standards or non-numeric effluent limits, (4) a required control measure was never installed, installed incorrectly, improperly operated, or improperly maintained, or (5) a visual assessment shows evidence of stormwater pollution, such as color, odor, solids, or foam. 2023 MSGP at 28; 2014 MSGP at 22; 2014 MSGP at Appx B at 3.

92.    The 2023 MSGP requires that Sims take the following corrective actions in response to any of the events in Paragraph 91: immediately take all reasonable steps to minimize or prevent the discharge of pollutants until a permanent solution can be implemented, and then complete any additional actions before the next storm event or within 14 calendar days from the time of discovery. 2023 MSGP at 28.

93.    The 2014 MSGP requires that Sims take the following corrective actions in response to any of the events in Paragraph 91: immediately take all reasonable steps to minimize or prevent

the discharge of pollutants until a permanent solution can be implemented, and then complete any additional actions before the next storm event or within 14 calendar days from the time of discovery. 2023 MSGP at 28.

94.    The 2023 MSGPs require Sims to follow three escalating levels of response procedures called Additional Implementation Measures (AIM) in response to the corresponding AIM triggering events listed in Part IV.B. 2023 MSGP at 31-37.

95.    The 2023 MSGPs require Sims to implement AIM Response Level 1 (review stormwater control measures, implement additional measures, and continue quarterly benchmark monitoring) following the first monitoring year with one annual average over the benchmark threshold or one sampling event over four times the benchmark threshold. *Id.*

96.    The 2023 MSGPs require Sims to implement AIM Response Level 2 (install permanent controls or increase impervious surface restoration and continue quarterly benchmark monitoring) following the second monitoring year with one annual average over the benchmark threshold or one sampling event over four times the benchmark threshold. *Id.*

97.    The 2023 MSGPs require Sims to implement AIM Response Level 3 (consult a professional engineer, stormwater professional, or geologist to prepare an action plan and continue quarterly benchmark monitoring) following the third monitoring year with one annual average over the benchmark threshold or one sampling event over four times the benchmark threshold. *Id.*

98.    The 2014 MSGPs require that Sims "review the selection, design, installation, and implementation of [its] control measures to determine if modifications are necessary to meet the effluent limits in this permit" whenever the average of four quarterly sampling results exceeds an applicable benchmark or an exceedance is mathematically certain. 2014 MSGP at 26-27.

*Sims' Pollutant Control Requirements Under the MSGPs*

99.    The MSGPs require Sims to select, design, install, and implement control measures (including best management practices) to meet the non-numeric effluent limits. 2023 MSGP at 15; 2014 MSGP at 12-13.

100.    The MSGPs require that if Sims' "control measures are not achieving their intended effect of minimizing pollutant discharges, [Sims] must modify these control measures as expeditiously as practicable." *Id.*

101.    The MSGPs require that Sims minimize the exposure of manufacturing, processing, and material storage areas to rain, snow, snowmelt, and runoff by either locating these industrial materials and activities inside or protecting them with storm resistant coverings. 2023 MSGP at 16; 2014 MSGP at 13.

102.    The MSGPs require that Sims "keep clean all exposed areas that are potential sources of pollutants, using such measures as sweeping at regular intervals, keeping materials orderly and labeled, and storing materials in appropriate containers." 2023 MSGP at 17; 2014 MSGP at 14.

103.    The MSGPs require that Sims "ensure that waste, garbage, and floatable debris are not discharged to receiving waters by keeping exposed areas free of such materials or by intercepting them before they are discharged." 2023 MSGP at 20; 2014 MSGP at 16

104.    The MSGPs require that Sims "regularly inspect, test, maintain, and repair all industrial equipment and systems to avoid situations that may result in leaks, spills, and other releases of pollutants in stormwater discharged to receiving waters." 2023 MSGP at 17; 2014 MSGP at 14.

105.    The MSGPs require that Sims maintain all stormwater control measures used to achieve the effluent limits required by this permit in effective operating condition and diligently maintain nonstructural control measures. *Id.*

106.    The MSGPs require that Sims "minimize the potential for leaks, spills and other releases that may be exposed to stormwater and develop plans for effective response to such spills if or when they occur." 2023 MSGP at 18; 2014 MSGP at 14.

107.    The MSGPs require that Sims stabilize exposed areas and contain runoff using structural and/or non-structural control measures to minimize onsite erosion and sedimentation, and the resulting discharge of pollutants. 2023 MSGP at 18-19; 2014 MSGP at 15.

108.    The MSGPs require that Sims divert, infiltrate, reuse, contain, or otherwise reduce stormwater runoff, to minimize pollutants in discharges. 2023 MSGP at 19; 2014 MSGP at 15.

109.    The MSGPs require that Sims train all employees who work where industrial materials or activities are exposed to stormwater, or who are responsible for implementing activities necessary to meet the conditions of this permit. 2023 MSGP at 19; 2014 MSGP at 15-16.

110.    The MSGPs require that "[t]raining must cover the specific control measures used to achieve the effluent limits in this part, and monitoring, inspection, planning, reporting, and documentation requirements in other parts of this permit." *Id.*

111.    The MSGPs require that Sims "minimize generation of dust and offsite tracking of raw, final, or waste materials." 2023 MSGP at 20; 2014 MSGP at 16.

112.    The MSGPs require Sims to implement Best Management Practices ("BMPs") to reduce or eliminate the pollutants in stormwater discharges and to ensure compliance with the Permits. 2023 MSGP at 15; 2014 MSGP at 13A-13.

113.    The MSGPs require Sims to conduct site assessments to review the effectiveness of the SWPPP at least once per quarter. 2023 MSGP at 38; 2014 MSGP at 23. At least once each calendar year, the routine facility inspection must be conducted during a period when a stormwater discharge is happening. *Id.*

14

114.    The MSGPs require Sims to conduct comprehensive site compliance evaluations once a year. 2023 MSGP at 38; 2014 MSGP at 24.

115.    The MSGPs require Sims to conduct visual inspections of stormwater samples once each quarter. 2023 MSGP at 39; 2014 MSGP at 24.

116.    The MSGPs require Sims to conduct inspections and evaluations pursuant to the monitoring procedures in Part V.C of the MSGPs. 2023 MSGP at 38-39; 2014 MSGP at 23-24.

117.    The MSGPs require Sims to keep a copy of the documentation from all inspections and evaluations onsite with the SWPPP. *Id.*

*Sims' Sector-Specific Pollutant Control Requirements Under the MSGPs*

118.    The MSGPs require Sims to "[m]inimize the chance of accepting materials that could be significant sources of pollutants by conducting inspections of inbound recyclables and waste materials." 2023 MSGP, App. D at 26; 2014 MSGP, App. D at 18.

119.    The MSGPs require Sims to "[m]inimize contact of stormwater runoff with stockpiled materials, processed materials, and nonrecyclable wastes." 2023 MSGP, App. D at 26; 2014 MSGP, App. D at 18.

120.    The MSGPs require Sims to "[m]inimize contact of residual liquids and particulate matter from materials stored indoors or under cover with surface runoff." 2023 MSGP, App. D at 27; 2014 MSGP, App. D at 19.

121.    The MSGPs require Sims to "[m]inimize surface runoff from coming in contact with scrap processing equipment." *Id*.

122.    The MSGPs require Sims to perform inspections quarterly and include at a minimum, all areas where waste is generated, received, stored, treated, or disposed of and that are exposed to either precipitation or stormwater runoff. 2023 MSGP, App. D at 29; 2014 MSGP, App. D at 21.

15

*Sims State Water Quality Standards Requirements*

123.    The MSGPs require Sims to control its discharge "as necessary to meet applicable water quality standards." 2023 MSGP at 20; 2014 MSGP at 16.

124.    The MSGPs require that if at any time Sims becomes aware, or MDE determines, that its discharge causes or contributes to an exceedance of applicable water quality standards, then Sims take corrective action, document the corrective actions, and report the corrective action." 2023 MSGP at 20; 2014 MSGP at 16.

125.    The 2023 MSGP requires that if Sims finds that its control measures are not stringent enough for the discharge to meet applicable water standards or the non-numeric effluent limits in the MSGPs, Sims must review and revise its SWPPP so that the MSGPs' effluent limits are met and pollutant discharges are minimized. 2023 MSGP at 28.

126.    The 2014 MSGP requires that if Sims finds that its control measures are not stringent enough for the discharge to meet applicable water standards or the non-numeric effluent limits in the MSGPs, Sims must review and revise the selection, design, installation, and implementation of its control measures to ensure that the condition is eliminated and will not be repeated in the future. 2014 MSGP at 22.

*Sims' Monitoring and Reporting Requirements Under the MSGPs*

127.    The MSGPs require Sims to conduct benchmark monitoring for pollutants including aluminum, chemical oxygen demand, copper, iron, lead, total suspended solids, and zinc. 2023 MSGP, App. D at 29; 2014 MSGP, App. D at 21.

128.    The MSGPs require Sims to conduct benchmark monitoring for four full quarters, starting the first full monitoring period. The MSGPs require Sims to continue quarterly benchmark monitoring for any parameter with data exceeding the benchmark threshold. 2023 MSGP at 40-41; 2014 MSGP at 26.

129.    The MSGPs require that Sims keep a record with its SWPPP of any failure to monitor as required, indicating the basis for not sampling during the usual reporting period. *Id.*

130.    The MSGPs require that monitoring samples and measurements be representative of the volume and nature of the monitored activity. 2023 MSGP at 40; 2014 MSGP at 25.

131.    The MSGPs require that Sims perform all required monitoring on a storm event that results in an actual discharge from the site that follows the preceding measurable storm event by at least 72 hours. 2023 MSGP at 45; 2014 MSGP at 28-29.

132.    The MSGPs require Sims to submit its benchmark and impaired waters monitoring results to MDE via Discharge Monitoring Reports ("DMRs") no later than 28 days following the Monitoring Period. 2023 MSGP at 43; 2014 MSGP at 27.

133.    The MSGPs require Sims to prepare and/or submit annual reports summarizing the previous year's inspections, benchmark monitoring, and corrective action taken. 2023 MSGP at 37, 38-9; 2014 MSGP at 23.

134.    The MSGPs contain additional reporting requirements, including requirements to report noncompliance, benchmark exceedances, planned changes, and/or anticipated noncompliance. 2023 MSGP at 46-47; 2014 MSGP at 8, 21.

The Facilities' Operations and Discharges

135.    Sims collects and/or processes raw scrap metal, including salvaged vehicles, rail cars, household scrap and appliances, industrial machinery, manufacturing scrap, and construction and demolition scrap at the Facilities.

136.    Sims receives unprocessed scrap metal at the Facilities, which it stores in uncovered piles on-site that are exposed to precipitation and snowmelt.

137.    Sims' processing activities include crushing, torching, shearing, shredding, separating, sorting, and/or baling of scrap metal.

138.    Most of Sims' processing activities are conducted outdoors.

139.    Processed metal is stored at the Facilities in uncovered bales that are exposed to precipitation and snowmelt.

140.    Sims uses the Facilities to store petroleum hydrocarbons onsite, including bulk fuel storage in aboveground storage tanks that are exposed to precipitation and snowmelt.

141.    Upon information and belief, spills, leaks, and/or slicks of oil, grease, petroleum hydrocarbons, and/or fuel at the Facilities have been exposed to precipitation and snowmelt.

142.    Processed and unprocessed scrap metal, end-of-life vehicles, machinery, equipment, oil, fuel, and chemical storage tanks, batteries, and vehicles are exposed to precipitation and snowmelt at the Facilities.

143.    Precipitation and snowmelt at the Facilities become contaminated with heavy metals, dust and solids, organic contaminants including fuel and oil, trash, and other pollutants associated with the Facilities' operations.

144.    The sources of pollutants associated with industrial operations at the Facilities include: unprocessed scrap metal; bales of processed scrap metal; equipment left outdoors; and vehicles driving on and off the Facilities.

145.    During every measurable precipitation event and instance of snowmelt, water flows onto and over exposed materials and pollutants at the Facilities, generating stormwater runoff.

146.    Precipitation above 0.1 inches during a 24-hour period constitutes a measurable precipitation event. 40 C.F.R. § 122.26(c)(1)(i)(E)(6).

147.    Stormwater runoff from the Facilities is collected, channeled, and conveyed via site grading, slopes, site infrastructure, the operation of gravity, and other conveyances into waters of the United States.

148.    Sims discharges pollutants including but not limited to aluminum, COD, copper, iron, lead, TSS, and zinc from Outfalls 1 and 2 at the Baltimore Facility.

149.    Sims discharges pollutants including but not limited to aluminum, COD, copper, iron, lead, TSS, and zinc from Outfalls 1, 2, and 3 at the Rockville Facility.

## **DEFENDANTS' VIOLATIONS OF THE CLEAN WATER ACT**

Effluent and Water Quality Standards Violations

*Aluminum*

150.    Sims has discharged aluminum from the Baltimore Facility every quarter for which monitoring was conducted since the fourth quarter of 2019.

151.    On four occasions between the fourth quarter of 2019 and the fourth quarter of 2022, Sims has discharged concentrations of aluminum higher than the 2014 MSGP benchmark value for aluminum of 0.75 mg/L from the Baltimore Facility, as detailed in the below table.

152.    On three occasions between the first quarter of 2023 and the second quarter of 2024, Sims has discharged concentrations of Aluminum higher than the 2023 MSGP benchmark value for aluminum of 1.1 ml/L from the Baltimore Facility, as detailed in the below table.

| Par. No. | Pollutant Criteria | Monitoring Period End Date | Outfall | Benchmark Value | Measured Value | Type of Allowance | Limit Exceedance Percent |
|----------|--------------------|-----------------------------|---------|-----------------|----------------|-------------------|---------------------------|
| 153. | Aluminum | 9/30/2020 | 001 | 0.75 mg/L | 1.22 mg/L | Quarterly Average | 163% |
| 154. | Aluminum | 9/30/2021 | 001 | 0.75 mg/L | 1.464 mg/L | Quarterly Average | 195% |
| 155. | Aluminum | 12/31/2021 | 001 | 0.75 mg/L | 2.009 mg/L | Quarterly Average | 268% |
| 156. | Aluminum | 6/30/2022 | 001 | 0.75 mg/L | 2.738 mg/L | Quarterly Average | 365% |
| 157. | Aluminum | 12/31/2023 | 001 | 1.1 mg/L | 3.589 mg/L | Quarterly Average | 326% |
| 158. | Aluminum | 3/31/2024 | 001 | 1.1 mg/L | 1.332 mg/L | Quarterly Average | 121% |
| 159. | Aluminum | 6/30/2024 | 001 | 1.1 mg/L | 1.893 mg/L | Quarterly Average | 172% |

160.    Sims has discharged aluminum from the Rockville Facility every quarter for which monitoring was conducted since the fourth quarter of 2019.

161.    Twice between the fourth quarter of 2019 and the fourth quarter of 2022, Sims has discharged concentrations of aluminum higher than the 2014 MSGP benchmark value for aluminum of 0.75 mg/L from the Rockville Facility, as detailed in the below table.

162.    Once in the second quarter of 2024, Sims has discharged concentrations of aluminum higher than the 2023 MSGP benchmark value for aluminum of 1.1 mg/L from the Rockville Facility, as detailed in the below table.

| Par. No. | Pollutant Criteria | Monitoring Period End Date | Outfall | Benchmark Value | Measured Value | Type of Allowance | Limit Exceedance Percent |
|---|---|---|---|---|---|---|---|
| 163. | Aluminum | 9/30/2020 | 001 | 0.75 mg/L | 1.23 mg/L | Quarterly Average | 164% |
| 164. | Aluminum | 12/31/2021 | 001 | 0.75 mg/L | 1.889 mg/L | Quarterly Average | 252% |
| 165. | Aluminum | 6/30/2024 | 001 | 1.1 mg/L | 1.222 mg/L | Quarterly Average | 111% |

166.    On five occasions since the fourth quarter of 2019, Sims' average of four quarterly aluminum sampling results from the Baltimore Facility have exceeded the 2014 MSGP benchmark value for aluminum of 0.75 mg/L, as detailed in the below table.

167.    On five occasions since the fourth quarter of 2019, Sims has triggered the MSGPs' AIM and/or control measure review requirements at the Baltimore Facility through four-quarter average aluminum sampling results that exceeded the MSGPs' benchmark.

| Par. No. | Pollutant Criteria | Date Corrective Action Triggered | Outfall | Benchmark Value | Average of Four Previous Measurements |
|---|---|---|---|---|---|
| 168. | Aluminum | 12/31/2021 | 001 | 0.75 mg/L | 0.98 mg/L |
| 169. | Aluminum | 3/31/2022 | 001 | 0.75 mg/L | 0.99 mg/L |
| 170. | Aluminum | 6/30/2022 | 001 | 0.75 mg/L | 1.66 mg/L |
| 171. | Aluminum | 9/30/2022 | 001 | 0.75 mg/L | 1.31 mg/L |
| 172. | Aluminum | 12/31/2022 | 001 | 0.75 mg/L | 0.83 mg/L |

*Chemical Oxygen Demand (COD)*

173.    Sims has discharged COD from the Baltimore Facility every quarter for which

monitoring was conducted since the fourth quarter of 2019.

174.    On 12 occasions since the fourth quarter of 2019, Sims has discharged concentrations of

COD higher than the 2014 MSGP benchmark value for COD of 120 mg/L from the Baltimore

Facility, as detailed in the below table.

| Par. No. | Pollutant Criteria | Monitoring Period End Date | Outfall | Benchmark Value | Measured Value | Type of Allowance | Limit Exceedance Percent |
|---|---|---|---|---|---|---|---|
| 175. | COD | 12/31/2019 | 001 | 120 mg/L | 250 mg/L | Quarterly Average | 208% |
| 176. | COD | 9/30/2020 | 001 | 120 mg/L | 145 mg/L | Quarterly Average | 121% |
| 177. | COD | 12/31/2021 | 002 | 120 mg/L | 159 mg/L | Quarterly Average | 133% |
| 178. | COD | 12/31/2021 | 001 | 120 mg/L | 358 mg/L | Quarterly Average | 298% |
| 179. | COD | 3/31/2022 | 002 | 120 mg/L | 198 mg/L | Quarterly Average | 165% |
| 180. | COD | 3/31/2022 | 001 | 120 mg/L | 314 mg/L | Quarterly Average | 262% |
| 181. | COD | 6/30/2022 | 001 | 120 mg/L | 179 mg/L | Quarterly Average | 149% |
| 182. | COD | 12/31/2022 | 001 | 120 mg/L | 155 mg/L | Quarterly Average | 129% |
| 183. | COD | 3/31/2023 | 001 | 120 mg/L | 196 mg/L | Quarterly Average | 163% |
| 184. | COD | 12/31/2023 | 001 | 120 mg/L | 179 mg/L | Quarterly Average | 149% |
| 185. | COD | 3/31/2024 | 001 | 120 mg/L | 283 mg/L | Quarterly Average | 236% |
| 186. | COD | 6/30/2024 | 001 | 120 mg/L | 210 mg/L | Quarterly Average | 175% |

187.    Sims has discharged COD from the Rockville Facility every quarter for which monitoring

was conducted since the fourth quarter of 2019.

188.    On 16 occasions since the fourth quarter of 2019, Sims has discharged concentrations of

COD higher than the 2014 MSGP benchmark value for COD of 120 mg/L from the Rockville

Facility, as detailed in the below table.

| Par. No. | Pollutant Criteria | Monitoring Period End Date | Outfall | Benchmark Value | Measured Value | Type of Allowance | Limit Exceedance Percent |
|---|---|---|---|---|---|---|---|
| 189. | COD | 12/31/2019 | 001 | 120 mg/L | 230 mg/L | Quarterly Average | 192% |
| 190. | COD | 9/30/2020 | 001 | 120 mg/L | 145 mg/L | Quarterly Average | 121% |
| 191. | COD | 12/31/2020 | 001 | 120 mg/L | 298 mg/L | Quarterly Average | 248% |
| 192. | COD | 3/31/2021 | 001 | 120 mg/L | 143 mg/L | Quarterly Average | 119% |
| 193. | COD | 6/30/2021 | 001 | 120 mg/L | 143 mg/L | Quarterly Average | 119% |
| 194. | COD | 9/30/2021 | 001 | 120 mg/L | 124 mg/L | Quarterly Average | 103% |
| 195. | COD | 12/31/2021 | 001 | 120 mg/L | 238 mg/L | Quarterly Average | 198% |
| 196. | COD | 3/31/2022 | 001 | 120 mg/L | 254 mg/L | Quarterly Average | 212% |
| 197. | COD | 6/30/2022 | 001 | 120 mg/L | 132 mg/L | Quarterly Average | 110% |
| 198. | COD | 12/31/2022 | 001 | 120 mg/L | 192 mg/L | Quarterly Average | 160% |
| 199. | COD | 3/31/2023 | 001 | 120 mg/L | 280 mg/L | Quarterly Average | 233% |
| 200. | COD | 6/30/2023 | 001 | 120 mg/L | 142 mg/L | Quarterly Average | 118% |
| 201. | COD | 12/31/2023 | 001 | 120 mg/L | 149 mg/L | Quarterly Average | 124% |
| 202. | COD | 3/31/2024 | 001 | 120 mg/L | 190 mg/L | Quarterly Average | 158% |
| 203. | COD | 6/30/2024 | 001 | 120 mg/L | 273 mg/L | Quarterly Average | 228% |
| 204. | COD | 9/30/2024 | 001 | 120 mg/L | 261 mg/L | Quarterly Average | 218% |

205.    On six occasions since the fourth quarter of 2019, Sims' average of four quarterly COD sampling results from the Baltimore Facility have exceeded the 2014 MSGP benchmark value for COD of 120 mg/L, as detailed in the below table.

206.    On six occasions between the fourth quarter of 2021 and the first quarter of 2023, Sims has triggered the MSGPs' AIM and/or control measure review requirements at the Baltimore Facility through four-quarter average COD sampling results that exceeded the MSGPs'

benchmark.

| Par. No. | Pollutant Criteria | Date Corrective Action Triggered | Outfall | Benchmark Value | Average of Four Previous Measurements |
|------|-----|-----|-----|-----|-----|
| 207. | COD | 12/31/2021 | 001 | 120 mg/L | 146 mg/L |
| 208. | COD | 3/31/2022 | 001 | 120 mg/L | 213 mg/L |
| 209. | COD | 6/30/2022 | 001 | 120 mg/L | 240.5 mg/L |
| 210. | COD | 9/30/2022 | 001 | 120 mg/L | 238.5 mg/L |
| 211. | COD | 12/31/2022 | 001 | 120 mg/L | 187.75 mg/L |
| 212. | COD | 3/31/2023 | 001 | 120 mg/L | 158.25 mg/L |

213.    On 14 occasions since the third quarter of 2020, Sims' average of four quarterly COD sampling results from the Rockville Facility have exceeded the 2014 MSGP benchmark value for COD of 0.75 mg/L, as detailed in the below table.

214.    On 14 occasions since the third quarter of 2020, Sims has triggered the MSGPs' AIM and/or control measure review requirements at the Rockville Facility through four-quarter average COD sampling results that exceeded the MSGPs' benchmark.

| Par. No. | Pollutant Criteria | Date Corrective Action Triggered | Outfall | Benchmark Value | Average of Four Previous Measurements |
|------|-----|-----|-----|-----|-----|
| 215. | COD | 9/30/2020 | 001 | 120 mg/L | 134.75 mg/L |
| 216. | COD | 12/31/2020 | 001 | 120 mg/L | 151.75 mg/L |
| 217. | COD | 3/31/2021 | 001 | 120 mg/L | 175 mg/L |
| 218. | COD | 6/30/2021 | 001 | 120 mg/L | 182.25 mg/L |
| 219. | COD | 9/30/2021 | 001 | 120 mg/L | 177 mg/L |
| 220. | COD | 12/31/2021 | 001 | 120 mg/L | 162 mg/L |
| 221. | COD | 3/31/2022 | 001 | 120 mg/L | 189.75 mg/L |
| 222. | COD | 6/30/2022 | 001 | 120 mg/L | 187 mg/L |
| 223. | COD | 12/31/2022 | 001 | 120 mg/L | 204 mg/L |
| 224. | COD | 3/31/2023 | 001 | 120 mg/L | 201.33 mg/L |
| 225. | COD | 6/30/2023 | 001 | 120 mg/L | 186.5 mg/L |
| 226. | COD | 12/31/2023 | 001 | 120 mg/L | 190.75 mg/L |
| 227. | COD | 3/31/2024 | 001 | 120 mg/L | 190.25 mg/L |
| 228. | COD | 6/30/2024 | 001 | 120 mg/L | 188.5 mg/L |

*Pollutant: Copper*

229.    Sims has discharged copper from the Baltimore Facility every quarter for which monitoring was conducted since the fourth quarter of 2019.

230.    On ten occasions since the fourth quarter of 2019, Sims has discharged concentrations of copper higher than the 2014 MSGP benchmark value for copper of 0.0332 mg/L from the Baltimore Facility, as detailed in the below table.

| Par. No. | Pollutant Criteria | Monitoring Period End Date | Outfall | Benchmark Value | Measured Value | Type of Allowance | Limit Exceedance Percent |
|---|---|---|---|---|---|---|---|
| 231. | Copper | 6/30/2023 | 001 | 0.0332 mg/L | 0.0466 mg/L | Quarterly Average | 140% |
| 232. | Copper | 6/30/2024 | 003 | 0.0332 mg/L | 0.0495 mg/L | Quarterly Average | 149% |
| 233. | Copper | 9/30/2021 | 001 | 0.0332 mg/L | 0.0911 mg/L | Quarterly Average | 274% |
| 234. | Copper | 3/31/2024 | 001 | 0.0332 mg/L | 0.0959 mg/L | Quarterly Average | 289% |
| 235. | Copper | 9/30/2020 | 001 | 0.0332 mg/L | 0.096 mg/L | Quarterly Average | 289% |
| 236. | Copper | 6/30/2024 | 001 | 0.0332 mg/L | 0.1197 mg/L | Quarterly Average | 361% |
| 237. | Copper | 6/30/2022 | 001 | 0.0332 mg/L | 0.1544 mg/L | Quarterly Average | 465% |
| 238. | Copper | 12/31/2019 | 002 | 0.0332 mg/L | 0.161 mg/L | Quarterly Average | 485% |
| 239. | Copper | 12/31/2021 | 001 | 0.0332 mg/L | 0.1651 mg/L | Quarterly Average | 497% |
| 240. | Copper | 12/31/2023 | 001 | 0.0332 mg/L | 0.1826 mg/L | Quarterly Average | 550% |

241.    Sims has discharged copper from the Rockville Facility every quarter for which monitoring was conducted since the fourth quarter of 2019.

242.    On 12 occasions since the fourth quarter of 2019, Sims has discharged concentrations of copper higher than the 2014 MSGP benchmark value for copper of 0.0253 mg/L from the Rockville Facility, as detailed in the below table.

| Par. No. | Pollutant Criteria | Monitoring Period End Date | Outfall | Benchmark Value | Measured Value | Type of Allowance | Limit Exceedance Percent |
|---|---|---|---|---|---|---|---|
| 243. | Copper | 12/31/2019 | 001 | 0.0253 mg/L | 0.146 mg/L | Quarterly Average | 577% |
| 244. | Copper | 9/30/2020 | 001 | 0.0253 mg/L | 0.076 mg/L | Quarterly Average | 300% |

| 245. | Copper | 3/31/2021 | 001 | 0.0253 mg/L | 0.0476 mg/L | Quarterly Average | 188% |
|------|--------|-----------|-----|-------------|-------------|-------------------|------|
| 246. | Copper | 9/30/2021 | 001 | 0.0253 mg/L | 0.0601 mg/L | Quarterly Average | 238% |
| 247. | Copper | 12/31/2021 | 001 | 0.0253 mg/L | 0.2996 mg/L | Quarterly Average | 1184% |
| 248. | Copper | 3/31/2022 | 001 | 0.0253 mg/L | 0.0286 mg/L | Quarterly Average | 113% |
| 249. | Copper | 6/30/2022 | 001 | 0.0253 mg/L | 0.0888 mg/L | Quarterly Average | 351% |
| 250. | Copper | 3/31/2023 | 001 | 0.0253 mg/L | 0.042 mg/L | Quarterly Average | 166% |
| 251. | Copper | 6/30/2023 | 001 | 0.0253 mg/L | 0.2445 mg/L | Quarterly Average | 966% |
| 252. | Copper | 12/31/2023 | 001 | 0.0253 mg/L | 0.1117 mg/L | Quarterly Average | 442% |
| 253. | Copper | 3/31/2024 | 001 | 0.0253 mg/L | 0.2634 mg/L | Quarterly Average | 1041% |
| 254. | Copper | 6/30/2024 | 001 | 0.0253 mg/L | 0.2526 mg/L | Quarterly Average | 998% |

255.    On seven occasions since the third quarter of 2021, Sims' average of four quarterly copper sampling results from the Baltimore Facility have exceeded the 2014 MSGP benchmark value for copper of 0.75 mg/L, as detailed in the below table.

256.    On seven occasions since the third quarter of 2021, Sims has triggered the MSGPs' AIM and/or control measure review requirements at the Baltimore Facility through four-quarter average copper sampling results that exceeded the MSGPs' benchmark.

| Par. No. | Pollutant Criteria | Date Corrective Action Triggered | Outfall | Benchmark Value | Average of Four Previous Measurements |
|----------|--------------------|----------------------------------|---------|-----------------|----------------------------------------|
| 257. | Copper | 9/30/2021 | 001 | 0.0332 mg/L | 0.03 mg/L |
| 258. | Copper | 12/31/2021 | 001 | 0.0332 mg/L | 0.07 mg/L |
| 259. | Copper | 3/31/2022 | 001 | 0.0332 mg/L | 0.07 mg/L |
| 260. | Copper | 6/30/2022 | 001 | 0.0332 mg/L | 0.11 mg/L |
| 261. | Copper | 9/30/2022 | 001 | 0.0332 mg/L | 0.09 mg/L |
| 262. | Copper | 12/31/2022 | 001 | 0.0332 mg/L | 0.05 mg/L |
| 263. | Copper | 3/31/2023 | 001 | 0.0332 mg/L | 0.05 mg/L |

264.    On 15 occasions since the fourth quarter of 2019, Sims' average of four quarterly copper sampling results from the Rockville Facility have exceeded the 2014 MSGP benchmark value for

copper of 0.0253 mg/L, as detailed in the below table.

265.    On 15 occasions since the fourth quarter of 2019, Sims has triggered the MSGPs' AIM

and/or control measure review requirements at the Rockville Facility through four-quarter

average copper sampling results that exceeded the MSGPs' benchmark.

| Par. No. | Pollutant Criteria | Date Corrective Action Triggered | Outfall | Benchmark Value | Average of Four Previous Measurements |
|---|---|---|---|---|---|
| 266. | Copper | 12/31/2020 | 001 | 0.0253 mg/L | 0.06 mg/L |
| 267. | Copper | 3/31/2021 | 001 | 0.0253 mg/L | 0.04 mg/L |
| 268. | Copper | 6/30/2021 | 001 | 0.0253 mg/L | 0.04 mg/L |
| 269. | Copper | 9/30/2021 | 001 | 0.0253 mg/L | 0.04 mg/L |
| 270. | Copper | 12/31/2021 | 001 | 0.0253 mg/L | 0.11 mg/L |
| 271. | Copper | 3/31/2022 | 001 | 0.0253 mg/L | 0.1 mg/L |
| 272. | Copper | 6/30/2022 | 001 | 0.0253 mg/L | 0.12 mg/L |
| 273. | Copper | 9/30/2022 | 001 | 0.0332 mg/L | 0.12 mg/L |
| 274. | Copper | 12/31/2022 | 001 | 0.0253 mg/L | 0.11 mg/L |
| 275. | Copper | 3/31/2023 | 001 | 0.0253 mg/L | 0.04 mg/L |
| 276. | Copper | 6/30/2023 | 001 | 0.0253 mg/L | 0.1 mg/L |
| 277. | Copper | 9/30/2023 | 001 | 0.0253 mg/L | 0.1 mg/L |
| 278. | Copper | 12/31/2023 | 001 | 0.0253 mg/L | 0.1 mg/L |
| 279. | Copper | 3/31/2024 | 001 | 0.0253 mg/L | 0.17 mg/L |
| 280. | Copper | 6/30/2024 | 001 | 0.0253 mg/L | 0.22 mg/L |

*Pollutant: Iron*

281.    Sims has discharged iron from the Baltimore Facility every quarter for which monitoring

was conducted since the fourth quarter of 2019.

282.    On six occasions between the third quarter of 2020 and the second quarter of 2022, Sims

has discharged concentrations of iron higher than the 2014 MSGP benchmark value for iron of 1

mg/L from the Baltimore Facility, as detailed in the below table.

283.    Twice since the fourth quarter of 2023, Sims has discharged concentrations of iron higher

than the 2023 MSGP benchmark value for iron of 3 mg/L from the Baltimore Facility, as

detailed in the below table.

| Par. No. | Pollutant Criteria | Monitoring Period End Date | Outfall | Benchmark Value | Measured Value | Type of Allowance | Limit Exceedance Percent |
|---|---|---|---|---|---|---|---|
| 284. | Iron | 9/30/2020 | 001 | 1 mg/L | 1.77 mg/L | Quarterly Average | 177% |
| 285. | Iron | 9/30/2021 | 001 | 1 mg/L | 2.914 mg/L | Quarterly Average | 291% |
| 286. | Iron | 12/31/2021 | 001 | 1 mg/L | 4.883 mg/L | Quarterly Average | 488% |
| 287. | Iron | 6/30/2022 | 001 | 1 mg/L | 5.685 mg/L | Quarterly Average | 569% |
| 288. | Iron | 12/31/2023 | 001 | 3 mg/L | 6.548 mg/L | Quarterly Average | 218% |
| 289. | Iron | 6/30/2024 | 001 | 3 mg/L | 3.07 mg/L | Quarterly Average | 102% |

290.    Sims has discharged iron from the Rockville Facility every quarter for which monitoring was conducted since the fourth quarter of 2019.

291.    On six occasions between the fourth quarter of 2019 and the second quarter of 2022, Sims has discharged concentrations of iron higher than the 2014 MSGP benchmark value for iron of 1 mg/L from the Rockville Facility, as detailed in the below table.

292.    Once since the second quarter of 2024, Sims has discharged concentrations of iron higher than the 2023 MSGP benchmark value for iron of 3 mg/L from the Rockville Facility, as detailed in the below table.

| Par. No. | Pollutant Criteria | Monitoring Period End Date | Outfall | Benchmark Value | Measured Value | Type of Allowance | Limit Exceedance Percent |
|---|---|---|---|---|---|---|---|
| 293. | Iron | 12/31/2019 | 001 | 1 mg/L | 1.73 mg/L | Quarterly Average | 173% |
| 294. | Iron | 3/31/2020 | 001 | 1 mg/L | 1.87 mg/L | Quarterly Average | 187% |
| 295. | Iron | 3/31/2021 | 001 | 1 mg/L | 1.183 mg/L | Quarterly Average | 118% |
| 296. | Iron | 12/31/2021 | 001 | 1 mg/L | 4.045 mg/L | Quarterly Average | 405% |
| 297. | Iron | 6/30/2022 | 001 | 1 mg/L | 1.149 mg/L | Quarterly Average | 115% |

298.    On five occasions since the fourth quarter of 2021, Sims' average of four quarterly iron

sampling results from the Baltimore Facility have exceeded the 2014 MSGP benchmark value for iron of 1 mg/L, as detailed in the below table.

299.    On five occasions since the fourth quarter of 2021, Sims has triggered the MSGPs' AIM and/or control measure review requirements at the Baltimore Facility through four-quarter average iron sampling results that exceeded the MSGPs' benchmark.

| Par. No. | Pollutant Criteria | Date Corrective Action Triggered | Outfall | Benchmark Value | Average of Four Previous Measurements |
|---|---|---|---|---|---|
| 300. | Iron | 12/31/2021 | 001 | 1 mg/L | 2.04 mg/L |
| 301. | Iron | 3/31/2022 | 001 | 1 mg/L | 2.06 mg/L |
| 302. | Iron | 6/30/2022 | 001 | 1 mg/L | 3.46 mg/L |
| 303. | Iron | 9/30/2022 | 001 | 1 mg/L | 2.77 mg/L |
| 304. | Iron | 12/31/2022 | 001 | 1 mg/L | 1.64 mg/L |

305.    On six occasions since the fourth quarter of 2019, Sims' average of four quarterly iron sampling results from the Rockville Facility have exceeded the 2014 MSGP benchmark value for iron of 1 mg/L, as detailed in the below table.

306.    On six occasions since the fourth quarter of 2019, Sims has triggered the MSGPs' AIM and/or control measure review requirements at the Rockville Facility through four-quarter average iron sampling results that exceeded the MSGPs' benchmark.

| Par. No. | Pollutant Criteria | Date Corrective Action Triggered | Outfall | Benchmark Value | Average of Four Previous Measurements |
|---|---|---|---|---|---|
| 307. | Iron | 9/30/2020 | 001 | 1 mg/L | 1.21 mg/L |
| 308. | Iron | 12/31/2021 | 001 | 1 mg/L | 1.66 mg/L |
| 309. | Iron | 3/31/2022 | 001 | 1 mg/L | 1.47 mg/L |
| 310. | Iron | 6/30/2022 | 001 | 1 mg/L | 1.58 mg/L |
| 311. | Iron | 9/30/2022 | 001 | 1 mg/L | 1.58 mg/L |
| 312. | Iron | 12/31/2022 | 001 | 1 mg/L | 1.44 mg/L |

*Pollutant: Lead*

313.    Sims has discharged lead from the Baltimore Facility every quarter for which monitoring was conducted since the fourth quarter of 2019.

314.    Three times between the fourth quarter of 2021 and the fourth quarter of 2023, Sims has

discharged concentrations of lead higher than the 2014 MSGP benchmark value for lead of 0.262 mg/L from the Baltimore Facility, as detailed in the below table.

| Par. No. | Pollutant Criteria | Monitoring Period End Date | Outfall | Benchmark Value | Measured Value | Type of Allowance | Limit Exceedance Percent |
|---|---|---|---|---|---|---|---|
| 315. | Lead | 12/31/2021 | 001 | 0.262 mg/L | 0.7213 mg/L | Quarterly Average | 275% |
| 316. | Lead | 6/30/2022 | 001 | 0.262 mg/L | 0.333 mg/L | Quarterly Average | 127% |
| 317. | Lead | 12/31/2023 | 001 | 0.262 mg/L | 0.5212 mg/L | Quarterly Average | 199% |

318.   Twice since the second quarter of 2022, Sims' average of four quarterly lead sampling results from the Baltimore Facility have exceeded the 2014 MSGP benchmark value for lead of 0.262 mg/L, as detailed in the below table.

319.   Twice since the second quarter of 2022, Sims has triggered the MSGPs' AIM and/or control measure review requirements at the Baltimore Facility through four-quarter average lead sampling results that exceeded the MSGPs' benchmark.

| Par. No. | Pollutant Criteria | Date Corrective Action Triggered | Outfall | Benchmark Value | Average of Four Previous Measurements |
|---|---|---|---|---|---|
| 320. | Lead | 6/30/2022 | 001 | 0.262 mg/L | 0.3 mg/L |
| 321. | Lead | 9/30/2022 | 001 | 0.262 mg/L | 0.27 mg/L |

*Pollutant: Total Suspended Solids (TSS)*

322.   Sims has discharged TSS from the Baltimore Facility every quarter for which monitoring was conducted since the fourth quarter of 2019.

323.   On 11 occasions since the fourth quarter of 2019, Sims has discharged concentrations of TSS higher than the 2014 MSGP benchmark value for TSS of 100 mg/L from the Baltimore Facility, as detailed in the below table.

| Par. No. | Pollutant Criteria | Monitoring Period End Date | Outfall | Benchmark Value | Measured Value | Type of Allowance | Limit Exceedance Percent |
|---|---|---|---|---|---|---|---|

| 324. | TSS | 12/31/2019 | 001 | 100 mg/L | 244 mg/L | Quarterly Average | 244% |
| 325. | TSS | 3/31/2021 | 001 | 100 mg/L | 196 mg/L | Quarterly Average | 196% |
| 326. | TSS | 12/31/2021 | 001 | 100 mg/L | 636 mg/L | Quarterly Average | 636% |
| 327. | TSS | 3/31/2022 | 001 | 100 mg/L | 569 mg/L | Quarterly Average | 569% |
| 328. | TSS | 6/30/2022 | 001 | 100 mg/L | 380 mg/L | Quarterly Average | 380% |
| 329. | TSS | 9/30/2022 | 001 | 100 mg/L | 215 mg/L | Quarterly Average | 215% |
| 330. | TSS | 12/31/2022 | 001 | 100 mg/L | 155 mg/L | Quarterly Average | 155% |
| 331. | TSS | 3/31/2023 | 001 | 100 mg/L | 156 mg/L | Quarterly Average | 156% |
| 332. | TSS | 12/31/2023 | 001 | 100 mg/L | 466 mg/L | Quarterly Average | 466% |
| 333. | TSS | 3/31/2024 | 001 | 100 mg/L | 483 mg/L | Quarterly Average | 483% |
| 334. | TSS | 6/30/2024 | 001 | 100 mg/L | 277 mg/L | Quarterly Average | 277% |

335.    Sims has discharged TSS from the Rockville Facility every quarter for which monitoring was conducted since the fourth quarter of 2019.

336.    Once since the second quarter of 2024, Sims has discharged concentrations of TSS higher than the 2014 MSGP benchmark value for TSS of 100 mg/L from the Rockville Facility, as detailed in the below table.

| Par. No. | Pollutant Criteria | Monitoring Period End Date | Outfall | Benchmark Value | Measured Value | Type of Allowance | Limit Exceedance Percent |
|---|---|---|---|---|---|---|---|
| 337. | TSS | 6/30/2024 | 001 | 100 mg/L | 178 mg/L | Quarterly Average | 178% |

338.    On seven occasions since the fourth quarter of 2021, Sims' average of four quarterly TSS sampling results from the Baltimore Facility have exceeded the 2014 MSGP benchmark value for TSS of 100 mg/L, as detailed in the below table.

339.    On seven occasions since the fourth quarter of 2021, Sims has triggered the MSGPs'

30

AIM and/or control measure review requirements at the Baltimore Facility through four-quarter average TSS sampling results that exceeded the MSGPs' benchmark.

| Par. No. | Pollutant Criteria | Date Corrective Action Triggered | Outfall | Benchmark Value | Average of Four Previous Measurements |
|---|---|---|---|---|---|
| 340. | TSS | 12/31/2021 | 001 | 100 mg/L | 241 mg/L |
| 341. | TSS | 3/31/2022 | 001 | 100 mg/L | 334.25 mg/L |
| 342. | TSS | 6/30/2022 | 001 | 100 mg/L | 416 mg/L |
| 343. | TSS | 9/30/2022 | 001 | 100 mg/L | 450 mg/L |
| 344. | TSS | 12/31/2022 | 001 | 100 mg/L | 329.75 mg/L |
| 345. | TSS | 3/31/2023 | 001 | 100 mg/L | 226.5 mg/L |
| 346. | TSS | 6/30/2023 | 001 | 100 mg/L | 146 mg/L |

*Pollutant: Zinc*

347.    Sims has discharged zinc from the Baltimore Facility every quarter for which monitoring was conducted since the fourth quarter of 2019.

348.    On seven occasions since the third quarter of 2020, Sims has discharged concentrations of zinc higher than the 2014 MSGP benchmark value for zinc of 0.26 mg/L from the Baltimore Facility, as detailed in the below table.

| Par. No. | Pollutant Criteria | Monitoring Period End Date | Outfall | Benchmark Value | Measured Value | Type of Allowance | Limit Exceedance Percent |
|---|---|---|---|---|---|---|---|
| 349. | Zinc | 9/30/2020 | 001 | 0.26 mg/L | 0.509 mg/L | Quarterly Average | 196% |
| 350. | Zinc | 9/30/2021 | 001 | 0.26 mg/L | 0.4668 mg/L | Quarterly Average | 180% |
| 351. | Zinc | 12/31/2021 | 001 | 0.26 mg/L | 0.9287 mg/L | Quarterly Average | 357% |
| 352. | Zinc | 6/30/2022 | 001 | 0.26 mg/L | 0.8176 mg/L | Quarterly Average | 314% |
| 353. | Zinc | 12/31/2023 | 001 | 0.26 mg/L | 1.289 mg/L | Quarterly Average | 496% |
| 354. | Zinc | 3/31/2024 | 001 | 0.26 mg/L | 0.6107 mg/L | Quarterly Average | 235% |
| 355. | Zinc | 6/30/2024 | 001 | 0.26 mg/L | 0.5886 mg/L | Quarterly Average | 226% |

356.    Sims has discharged zinc from the Rockville Facility every quarter for which monitoring

was conducted since the fourth quarter of 2019.

357.    One nine occasions since the fourth quarter of 2019, Sims has discharged concentrations

of zinc higher than the 2014 MSGP benchmark value for zinc of 0.2 mg/L from the Rockville

Facility, as detailed in the below table.

| Par. No. | Pollutant Criteria | Monitoring Period End Date | Outfall | Benchmark Value | Measured Value | Type of Allowance | Limit Exceedance Percent |
|---|---|---|---|---|---|---|---|
| 358. | Zinc | 12/31/2019 | 001 | 0.2 mg/L | 0.25 mg/L | Quarterly Average | 125% |
| 359. | Zinc | 3/31/2021 | 001 | 0.2 mg/L | 0.5057 mg/L | Quarterly Average | 253% |
| 360. | Zinc | 12/31/2021 | 001 | 0.2 mg/L | 0.7556 mg/L | Quarterly Ave | 378% |
| 361. | Zinc | 6/30/2022 | 001 | 0.2 mg/L | 0.5867 mg/L | Quarterly Average | 293% |
| 362. | Zinc | 3/31/2023 | 001 | 0.2 mg/L | 0.251 mg/L | Quarterly Average | 126% |
| 363. | Zinc | 6/30/2023 | 001 | 0.2 mg/L | 0.2882 mg/L | Quarterly Average | 144% |
| 364. | Zinc | 12/31/2023 | 001 | 0.2 mg/L | 0.5009 mg/L | Quarterly Average | 250% |
| 365. | Zinc | 3/31/2024 | 001 | 0.2 mg/L | 0.5419 mg/L | Quarterly Average | 271% |
| 366. | Zinc | 6/30/2024 | 001 | 0.2 mg/L | 0.5419 mg/L | Quarterly Average | 271% |
| 367. | Zinc | 9/30/2024 | 001 | 0.2 mg/L | 0.2458 mg/L | Quarterly Average | |

368.    On six occasions since the fourth quarter of 2021, Sims' average of four quarterly zinc

sampling results from the Baltimore Facility have exceeded the 2014 MSGP benchmark value

for zinc of 0.2 mg/L, as detailed in the below table.

369.    On six occasions since the fourth quarter of 2021, Sims has triggered the MSGPs' AIM

and/or control measure review requirements at the Baltimore Facility through four-quarter

average aluminum sampling results that exceeded the MSGPs' benchmark.

| Par. No. | Pollutant Criteria | Date Corrective Action Triggered | Outfall | Benchmark Value | Average of Four Previous Measurements |
|---|---|---|---|---|---|
| 370. | Zinc | 12/31/2021 | 001 | 0.26 mg/L | 0.39 mg/L |

| 371. | Zinc | 3/31/2022 | 001 | 0.26 mg/L | 0.36 mg/L |
| 372. | Zinc | 6/30/2022 | 001 | 0.26 mg/L | 0.56 mg/L |
| 373. | Zinc | 9/30/2022 | 001 | 0.26 mg/L | 0.45 mg/L |
| 374. | Zinc | 12/31/2022 | 001 | 0.26 mg/L | 0.27 mg/L |
| 375. | Zinc | 3/31/2023 | 001 | 0.26 mg/L | 0.3 mg/L |

376.    On 12 occasions since the third quarter of 2021, Sims' average of four quarterly zinc sampling results from the Rockville Facility have exceeded the 2014 MSGP benchmark value for zinc of 0.2 mg/L, as detailed in the below table.

377.    On 12 occasions since the third quarter of 2021, Sims has triggered the MSGPs' AIM and/or control measure review requirements at the Rockville Facility through four-quarter average zinc sampling results that exceeded the MSGPs' benchmark.

| Par. No. | Pollutant Criteria | Date Corrective Action Triggered | Outfall | Benchmark Value | Average of Four Previous Measurements |
|---|---|---|---|---|---|
| 378. | Zinc | 9/30/2021 | 001 | 0.2 mg/L | 0.22 mg/L |
| 379. | Zinc | 12/31/2021 | 001 | 0.2 mg/L | 0.4 mg/L |
| 380. | Zinc | 3/31/2022 | 001 | 0.2 mg/L | 0.3 mg/L |
| 381. | Zinc | 6/30/2022 | 001 | 0.2 mg/L | 0.41 mg/L |
| 382. | Zinc | 9/30/2022 | 001 | 0.2 mg/L | 0.41 mg/L |
| 383. | Zinc | 12/31/2022 | 001 | 0.2 mg/L | 0.39 mg/L |
| 384. | Zinc | 3/31/2023 | 001 | 0.2 mg/L | 0.26 mg/L |
| 385. | Zinc | 6/30/2023 | 001 | 0.2 mg/L | 0.31 mg/L |
| 386. | Zinc | 9/30/2023 | 001 | 0.2 mg/L | 0.31 mg/L |
| 387. | Zinc | 12/31/2023 | 001 | 0.2 mg/L | 0.29 mg/L |
| 388. | Zinc | 3/31/2024 | 001 | 0.2 mg/L | 0.58 mg/L |
| 389. | Zinc | 6/30/2024 | 001 | 0.2 mg/L | 0.65 mg/L |

Monitoring and Reporting Violations

390.    Sims has failed to conduct required quarterly benchmark monitoring at the Baltimore Facility for the following pollutant criteria, on the following dates, and from the following outfalls:

| Par. No. | Pollutant | Monitoring Period End Date | Outfall | Type of Monitoring and Reporting Requirement | NODI: Code |
|---|---|---|---|---|---|
| 391. | Aluminum | 9/30/2019 | 001 | Effluent | NODI: F |
| 392. | COD | 9/30/2019 | 001 | Effluent | NODI: F |
| 393. | Copper | 9/30/2019 | 001 | Effluent | NODI: F |
| 394. | Iron | 9/30/2019 | 001 | Effluent | NODI: F |
| 395. | Lead | 9/30/2019 | 001 | Effluent | NODI: F |
| 396. | TSS | 9/30/2019 | 001 | Effluent | NODI: F |
| 397. | Zinc | 9/30/2019 | 001 | Effluent | NODI: F |
| 398. | COD | 9/30/2019 | 002 | Effluent | NODI: F |
| 399. | Copper | 9/30/2019 | 002 | Effluent | NODI: F |
| 400. | Zinc | 9/30/2019 | 002 | Effluent | NODI: F |
| 401. | Aluminum | 6/30/2020 | 001 | Effluent | NODI: F |
| 402. | COD | 6/30/2020 | 001 | Effluent | NODI: F |
| 403. | Copper | 6/30/2020 | 001 | Effluent | NODI: F |
| 404. | Iron | 6/30/2020 | 001 | Effluent | NODI: F |
| 405. | Lead | 6/30/2020 | 001 | Effluent | NODI: F |
| 406. | TSS | 6/30/2020 | 001 | Effluent | NODI: F |
| 407. | Zinc | 6/30/2020 | 001 | Effluent | NODI: F |
| 408. | COD | 6/30/2020 | 002 | Effluent | NODI: F |
| 409. | Copper | 6/30/2020 | 002 | Effluent | NODI: F |
| 410. | Zinc | 6/30/2020 | 002 | Effluent | NODI: F |
| 411. | COD | 3/31/2023 | 002 | Effluent | NODI: C |
| 412. | Copper | 3/31/2023 | 002 | Effluent | NODI: C |
| 413. | Zinc | 3/31/2023 | 002 | Effluent | NODI: C |
| 414. | Iron | 9/30/2023 | 001 | Effluent | NODI: C |
| 415. | Lead | 9/30/2023 | 001 | Effluent | NODI: C |
| 416. | TSS | 9/30/2023 | 001 | Effluent | NODI: C |
| 417. | Zinc | 9/30/2023 | 001 | Effluent | NODI: C |
| 418. | COD | 9/30/2023 | 002 | Effluent | NODI: C |
| 419. | Copper | 9/30/2023 | 002 | Effluent | NODI: C |
| 420. | Aluminum | 9/30/2023 | 001 | Effluent | NODI: C |
| 421. | COD | 9/30/2024 | 001 | Effluent | NODI: C |
| 422. | Copper | 9/30/2024 | 001 | Effluent | NODI: C |
| 423. | Iron | 9/30/2024 | 001 | Effluent | NODI: C |
| 424. | Lead | 9/30/2024 | 001 | Effluent | NODI: C |
| 425. | TSS | 9/30/2024 | 001 | Effluent | NODI: C |
| 426. | Zinc | 9/30/2024 | 001 | Effluent | NODI: C |
| 427. | Aluminum | 9/30/2024 | 002 | Effluent | NODI: C |
| 428. | COD | 9/30/2024 | 002 | Effluent | NODI: C |
| 429. | Copper | 9/30/2024 | 002 | Effluent | NODI: C |
| 430. | Iron | 9/30/2024 | 002 | Effluent | NODI: C |
| 431. | Lead | 9/30/2024 | 002 | Effluent | NODI: C |
| 432. | TSS | 9/30/2024 | 002 | Effluent | NODI: C |
| 433. | Zinc | 9/30/2024 | 002 | Effluent | NODI: C |

| 434. | Aluminum | 9/30/2024 | 003 | Effluent | NODI: C |
|---|---|---|---|---|---|
| 435. | COD | 9/30/2024 | 003 | Effluent | NODI: C |
| 436. | Copper | 9/30/2024 | 003 | Effluent | NODI: C |
| 437. | Iron | 9/30/2024 | 003 | Effluent | NODI: C |
| 438. | Lead | 9/30/2024 | 003 | Effluent | NODI: C |
| 439. | TSS | 9/30/2024 | 003 | Effluent | NODI: C |
| 440. | Zinc | 9/30/2024 | 003 | Effluent | NODI: C |

441.    Sims has failed to conduct required quarterly benchmark monitoring at the Rockville

Facility for the following pollutant criteria, on the following dates, and from the following

outfalls:

| Par. No. | Pollutant | Monitoring Period End Date | Outfall | Type of Monitoring and Reporting Requirement | NODI: Code |
|---|---|---|---|---|---|
| 442. | Aluminum | 9/30/2022 | 001 | Effluent | NODI: C |
| 443. | COD | 9/30/2022 | 001 | Effluent | NODI: C |
| 444. | Copper | 9/30/2022 | 001 | Effluent | NODI: C |
| 445. | Iron | 9/30/2022 | 001 | Effluent | NODI: C |
| 446. | Zinc | 9/30/2022 | 001 | Effluent | NODI: C |
| 447. | Aluminum | 3/31/2023 | 002 | Effluent | NODI: A |
| 448. | Iron | 3/31/2023 | 002 | Effluent | NODI: A |
| 449. | Aluminum | 6/30/2023 | 002 | Effluent | NODI: A |
| 450. | Iron | 6/30/2023 | 002 | Effluent | NODI: A |
| 451. | Aluminum | 9/30/2023 | 001 | Effluent | NODI: C |
| 452. | COD | 9/30/2023 | 001 | Effluent | NODI: C |
| 453. | Copper | 9/30/2023 | 001 | Effluent | NODI: C |
| 454. | Iron | 9/30/2023 | 001 | Effluent | NODI: C |
| 455. | Zinc | 9/30/2023 | 001 | Effluent | NODI: C |

**THE FACILITIES' HARMS TO CLF'S MEMBERS**

456.    The Facilities' discharges of pollutants into Redhouse Creek, Back River, and Rock

Creek have degraded the health of the rivers and contributed to their impairments in a way that

diminishes the use and enjoyment of the waterbodies by CLF's members.

457.    Aluminum is toxic to fish and many aquatic animals, and it bioaccumulates in their

bodies. Skin exposure to aluminum may cause rashes. When ingested, aluminum may cause

health problems in humans such as bone disease, brain disease, and Alzheimer's disease.

458.    Copper is toxic to aquatic animals, and it bioconcentrates in mollusks. Consuming too much copper may cause liver and kidney damage, increased risk of heart disease, nausea, vomiting, abdominal pain and diarrhea, and even death.

459.    Iron solids in the water smother invertebrates, microbes, and eggs; impair the respiration of aquatic animals; and decrease reproduction rates. Iron is toxic in high amounts. Iron in drinking water impairs taste, clogs pipes, and causes stains.

460.    Chemical oxygen demand (COD) is an indicator for the presence of organic pollution. Organic pollution contributes to low dissolved oxygen levels and eutrophication, which can result in harmful algal and cyanobacteria blooms, a proliferation of nuisance and invasive species, discolored water, harmful benthic deposits, and scum.

461.    Zinc is toxic to humans and aquatic organisms in high amounts, and it reacts with chemicals like cadmium to intensify their toxicity. Zinc bioaccumulates in aquatic animals. When ingested, zinc may cause health problems in humans, including brain damage, infertility and developmental issues, pancreatic damage, anemia, nausea, vomiting, and stomach cramps.

462.    Elevated levels of total suspended solids (TSS) increase water turbidity and reduce the light available to desirable aquatic plants. TSS that settle out as bottom deposits can alter or destroy habitat for fish and other bottom-dwelling organisms.

463.    CLF's members are concerned with the health impacts of heavy metal pollution from direct contact with waters downstream from the Facilities.

464.    CLF's members are concerned about the health impacts of heavy metal pollution on wildlife that they enjoy observing on Redhouse Creek, Back River, and Rock Creek.

465.    The presence of odor, unnatural color, scum, foam, and diminished water clarity adversely affect the aesthetic enjoyment of Redhouse Creek, Back River, and Rock Creek by

CLF's members.

## **CLAIMS FOR RELIEF**

466.    Plaintiff incorporates the allegations in the above paragraphs into each count below as though fully set forth herein.

467.    In light of Defendants' history of violations, and absent court-ordered relief, Defendants will continue to violate the following provisions of the MSGPs and the Clean Water Act in the future unless and until enjoined from doing so.

468.    Defendants' violations of federal and state law have harmed, are harming, and will continue to harm Plaintiff.

469.    Additional information from Defendants and other sources not yet publicly available will reveal additional violations and will reveal additional information about the violations described.

470.    Each day that Defendants have violated or continue to violate the following requirements and/or provisions is a separate and distinct violation of the MSGPs and/or Section 301(a) of the Clean Water Act, 33 U.S.C. § 1311(a).

### Count I: Failure to Take AIMs and/or Review Control Measures Following Triggering Events

471.    The average of four quarterly sampling results exceeded the applicable benchmark values or an exceedance of the annual average was mathematically certain at least 40 times at the Baltimore Facility.

472.    Sims was required to take Additional Implementation Measures and/or review control measures at least 40 times at the Baltimore Facility.

473.    The average of four quarterly sampling results exceeded the applicable benchmark values or an exceedance of the annual average was mathematically certain at least 50 times at the Rockville Facility.

474.    Sims was required to take Additional Implementation Measures and/or review control

measures at least 50 times at the Rockville Facility.

475.    Defendants did not take Additional Implementation Measures and/or review control measures as required by the MSGPs following the triggering events listed in Paragraphs 461-64.

476.    Upon information and belief, following triggering events, including those listed in Paragraphs 461-64 above, Defendants did not review and revise the SWPPPs for the Facilities.

477.    Upon information and belief, following the triggering events listed in Paragraphs 461-64 above, Defendants did not immediately take all reasonable steps to minimize or prevent the discharge of pollutants until they could implement a permanent solution.

<u>Count II: Failure to Use Control Measures to Minimize Pollutant Discharges</u>

478.    Defendants have failed and continue to fail to select, design, install, and implement control measures to minimize pollutant discharges.

479.    Upon information and belief, Sims has failed to comply with the pollutant control measures required in the MSGPs, including but not limited to provisions related to minimizing exposure, good housekeeping measures, maintenance of control measures, leaks and spills, control of sediment discharge, and dust generation.

480.    Defendants have discharged pollutants in excess of the benchmark values in the MSGPs at least 56 times at the Baltimore Facility.

481.    Defendants have discharged pollutants in excess of the benchmark values in the MSGPs at least 48 times at the Rockville Facility.

482.    Defendants' repeated and continuous discharges of pollutants in excess of the benchmark values in the MSGP at the Facilities demonstrate its failure to comply with the MSGPs' pollutant control measures and its failure to use control measures to minimize pollutant discharges.

<u>Count III: Unlawful Discharges Causing Violation of Water Quality Standards</u>

483.    Upon information and belief, Sims has discharged, and will continue to discharge, pollutants from the Baltimore Facility that have contributed to, and will continue to contribute to, degradation of Redhouse Creek and/or Back Creek including the violation of Maryland water quality standards.

484.    Upon information and belief, Sims has discharged, and will continue to discharge, pollutants from the Rockville Facility that have contributed to, and will continue to contribute to, degradation of Rock Creek including the violation of Maryland water quality standards.

485.    Upon information and belief, Sims' discharge of pollutants from the Baltimore Facility has contributed to the impairments of Redhouse Creek and Back River for aquatic life and wildlife from total suspended solids.

486.    Upon information and belief, Sims' discharge of pollutants from the Rockville Facility has contributed to the impairments of Rock Creek for aquatic life and wildlife from phosphorus and total suspended solids.

487.    Defendants have caused or contributed to violations of those Maryland state water quality standards contained in Md. Code Regs. 26.08.02.03 as described in Paragraphs 58-62 above.

488.    Every state surface water quality standard violation constitutes a separate and distinct violation of the MSGPs and the Clean Water Act.

<u>Count IV: Failure to Comply with Monitoring and Reporting Requirements</u>

489.    Defendants have failed to conduct required quarterly benchmark monitoring at the Baltimore Facility at least 50 times since the fourth quarter of 2019.

490.    Defendants have failed to conduct required quarterly benchmark monitoring at the Rockville Facility at least 14 times since the fourth quarter of 2019.

## **RELIEF REQUESTED**

Plaintiff respectfully requests that this Court grant the following relief:

a.      Declare, pursuant to 28 U.S.C. § 2201, Defendants to have violated and to remain violation of the MSGPs, Section 301(a) of the Clean Water Act, 33 U.S.C § 1311(a), and applicable regulations, as alleged in Counts I, II, III, and IV of this Complaint;

b.      Determine the number of days of violation committed by Defendants under each Count;

c.      Order appropriate injunctive relief that will bring Defendants into compliance with the requirements of the MSGPs, Section 301(a) of the Clean Water Act, 33 U.S.C. § 1311(a), applicable Clean Water Act regulations, and Maryland water quality standards;

d.      Order Defendants to implement measures to remedy, mitigate, or offset the harm to the environment caused by the violations alleged above;

e.      Assess an appropriate civil penalty against Defendants for each day of violation of the Clean Water Act and the MSGPs, as provided under Sections 505(a) and 309(d) of the Clean Water Act, 33 U.S.C. §§ 1365(a) and 1319(d), and its implementing regulations of 33 C.F.R. § 326.5;

f.      Award Plaintiff's costs of litigation, including reasonable attorney and expert witness fees, as provided under Section 505(a) of the Clean Water Act, 33 U.S.C. § 1365(d); and

g.      Grant such other relief as this Court may deem appropriate.

Dated: December 11, 2024

*/s/ Chelsea Kendall*
Chelsea E. Kendall, Esq.
Heather A. Govern, Esq.
Phoebe DeMeerleer, Esq.

40

*Pro hac vice motions to be filed*
Conservation Law Foundation, Inc.
62 Summer St.
Boston, MA 02110
(617) 850-1792
ckendall@clf.org

*/s/ Leah Kelly*
Leah M.A. Kelly, Esq.
Bar No. 18639
Environmental Integrity Project
888 17th St. NW, Suite 810
Washington, DC 20006
Office: (202) 263-4448
lkelly@environmentalintegrity.org

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2024, the foregoing document was filed through the ECF system, by which means a copy of the filing will be sent electronically to all parties registered with the ECF system.

*/s/ Leah Kelly*
Leah Kelly