# **EXHIBIT 2**







ALERT: EFFECTIVE NOVEMBER 29, 2024, INTERNATIONAL MAIL SERVICE TO **CANADA** IS TEM…

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052701120698662

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 9:58 am on October 18, 2024 in CHICAGO, IL 60606.

**Get More Out of USPS Tracking:**

  USPS Tracking Plus®

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

CHICAGO, IL 60606
October 18, 2024, 9:58 am

**Out for Delivery**

CHICAGO, IL 60606
October 18, 2024, 6:10 am

**Arrived at Post Office**

CHICAGO, IL 60699
October 17, 2024, 9:56 am

**In Transit to Next Facility**

October 15, 2024

**Arrived at USPS Regional Origin Facility**

BOSTON MA DISTRIBUTION CENTER
October 11, 2024, 3:14 am

Feedback

ALERT: EFFECTIVE NOVEMBER 29, 2024, INTERNATIONAL MAIL SERVICE TO **CANADA** IS TEM…

## USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052701120698686

Copy   Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 9:58 am on October 18, 2024 in CHICAGO, IL 60606.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

CHICAGO, IL 60606
October 18, 2024, 9:58 am

**Out for Delivery**

CHICAGO, IL 60606
October 18, 2024, 6:10 am

**Arrived at Post Office**

CHICAGO, IL 60699
October 17, 2024, 9:56 am

**In Transit to Next Facility**

October 15, 2024

**Arrived at USPS Regional Origin Facility**

BOSTON MA DISTRIBUTION CENTER
October 11, 2024, 3:14 am

Feedback



